**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____ Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Doli Systems, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Sivisoft |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 20-3864313 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2983 JFK Blvd Suite, 200 | 2978 JFK Blvd PO  Box 160 |
| Number     Street | Number     Street |
| | P.O. Box |
| Jersey City          NJ     07306 | Jersey City          NJ     07306 |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Hudson County | |
| County | Number     Street |
| | City          State     ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Doli Systems, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

541511

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　　District _____ When _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

| Debtor | Doli Systems, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                    State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Doli Systems, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/18/2024
           MM  / DD / YYYY

✘ /s/ Balaji Modhagala
Signature of authorized representative of debtor

Balaji Modhagala
Printed name

Title  Member

**18. Signature of attorney**

✘ /s/ David Stevens
Signature of attorney for debtor

Date  10/18/2024
     MM  / DD / YYYY

David Stevens
Printed name

Scura Wigfield, Heyer, Stevens & Cammarota LLP
Firm name

1599 Hamburg Turnpike
Number        Street

Wayne
City

NJ
State

07470
ZIP Code

973-696-8391
Contact phone

dstevens@scura.com
Email address

034422007
Bar number

NJ
State

**Fill in this information to identify the case:**

Debtor name _____Doli Systems, Inc._____

United States Bankruptcy Court for the: _____District of New Jersey_____

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ...................................................................................

$ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.....................................................................................

$ _____80,228.42

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ......................................................................................

$ _____80,228.42

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

$ _____1,765,338.39

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................

$ _____93,695.60

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

+$ _____1,855,831.67

4. **Total liabilities**...................................................................................................................................
    Lines 2 + 3a + 3b

$ _____3,714,865.66

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Doli Systems, Inc.

United States Bankruptcy Court for the:   District of New Jersey

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**     $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 3 1 1 8 | $ 81.27 |
| 3.2. | See continuation sheet | | | $ 366.65 |

**4. Other cash equivalents** *(Identify all)*

4.1. _____    $_____
4.2. _____    $_____

**5. Total of Part 1**     $ 447.92

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____    $_____
7.2. _____    $_____

Debtor    Doli Systems, Inc.
_____    Case number *(if known)*_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $_____ |

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   77,945.50 _____ – _0.00_____  = ........ ➡    $ 77,945.50 _____
    face amount                 doubtful or uncollectible accounts

    11b. Over 90 days old:   0.00 _____ – _0.00_____  = ........ ➡    $ 0.00 _____
    face amount               doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 77,945.50 _____ |

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. SquareML Inc  (owns 8.5 million shares) _____    _____%    _____    $ 900.00 _____

    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $ 900.00 _____ |

---

Debtor    Doli Systems, Inc.                                    Case number (if known)_____
_____
Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>_____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor    Doli Systems, Inc.
_____
Name

Case number (if known)_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** See continuation sheet | $ 0.00 | | $ 610.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** 5 Big chairs | $_____ | _____ | $ 125.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 735.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Doli Systems, Inc.
_____    _____
Name    Case number (if known)

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2024 Audi Q5 (Lease vehicle) | $_____ | _____ | $ 0.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Doli Systems, Inc.
_____
Name

Case number (if known)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>See continuation sheet | $  0.00 | _____ | $  200.00 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$  200.00

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 6

Debtor  Doli Systems, Inc.
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
     Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See continuation sheet          1,527,130.63  –  1,527,130.63  = ➜  $ 0.00
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          Total face amount    doubtful or uncollectible amount    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    Tax year ‾‾‾‾‾‾‾‾‾    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    Tax year ‾‾‾‾‾‾‾‾‾    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    Tax year ‾‾‾‾‾‾‾‾‾    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

73. **Interests in insurance policies or annuities**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Nature of claim          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Amount requested      $‾‾‾‾‾‾‾‾‾‾‾‾‾‾

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Nature of claim          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Amount requested      $‾‾‾‾‾‾‾‾‾‾‾‾‾‾

76. **Trusts, equitable or future interests in property**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $ 0.00
                                                             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Doli Systems, Inc.
_____
Name

Case number (if known)_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 447.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 77,945.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 900.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 735.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 80,228.42 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................  80,228.42  $ 80,228.42

Debtor 1    Doli Systems, Inc.

First Name    Middle Name    Last Name    Case number (if known)_____

## **Continuation Sheet for Official Form 206 A/B**

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Chase Bank | Checking | 0839 |
| Balance: 0.00 | | |
| M&T Bank | Checking | 2366 |
| Balance: 0.00 | | |
| Blue Foundry Bank | Checking | |
| Balance: 300.00 | | |
| Chase Bank | Checking | 3860 |
| Balance: 66.65 | | |

**39) Office furniture**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 12 Small chairs | | | 180.00 |
| 10 Tables | | | 150.00 |
| 2 Televion | | | 100.00 |
| 3 Side tables | | | 30.00 |
| 1 Microwave | | | 20.00 |
| 2 Printers | | | 40.00 |
| 3 Laptop | | | 90.00 |

**61) Internet domain names and websites**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| www.dolisystems.com | | | 100.00 |
| www.sivisoft.com | | | 100.00 |

**71) Notes receivable**

| General description | Total face amount | Doubtful or uncollectible amount | Current value |
|---|---|---|---|
| Wetstone Labs Inc (Uncollectable) | 288,035.00 | 288,035.00 | 0.00 |

| Debtor 1 | Doli Systems, Inc. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Continuation Sheet for Official Form 206 A/B

**SquareML Inc (Uncollectable)**          1,239,095.63          1,239,095.63          0.00

**Fill in this information to identify the case:**

Debtor name ___Doli Systems, Inc.___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Five Star Bank<br><br>**Creditor's mailing address**<br>Small Business Administration Department<br>3100 Zinfandel Drive #100, Rancho Cordov<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor,<br><br>Five Star Bank, 1st; M&T Bank, 1st; U.S. Small Business Administration, | **Describe debtor's property that is subject to a lien**<br>Accounts Receivable, www.dolisystems.com, www.sivisoft.com, 5 Big chairs, Wetstone Labs Inc (Uncollectable), SquareML Inc (Uncollectable), 12 Small chairs, 10 Tables, 3 Side tables, 2 Televion, 1 Microwave, 2<br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 274,933.49 | $ 79,328.42 |
| **2.2** **Creditor's name**<br>M&T Bank<br><br>**Creditor's mailing address**<br>475 Crosspoint Parkway<br>Getzville, NY 14068<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number** ___7742___<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>☑ Yes. The relative priority of creditors is specified on lines ___2.1___ | **Describe debtor's property that is subject to a lien**<br>Accounts Receivable, www.dolisystems.com, www.sivisoft.com, 5 Big chairs, Wetstone Labs Inc (Uncollectable), SquareML Inc (Uncollectable), 12 Small chairs, 10 Tables, 3 Side tables, 2 Televion, 1 Microwave, 2 Printers, 3 Laptop<br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $315,828.48 | $79,328.42 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,765,338.39

Debtor _____
      Doli Systems, Inc.
      Name

Case number *(if known)*_____

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | **Creditor's name**
Paul Miller, Inc.
_____

**Describe debtor's property that is subject to a lien**

2024 Audi Q5 (Lease vehicle)

$30,966.00     $0.00

**Creditor's mailing address**

179 Route 46
Parsippany, NJ 07054

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

Lease Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **Creditor's name**
U.S. Small Business Administration
_____

**Describe debtor's property that is subject to a lien**

Accounts Receivable, www.dolisystems.com, www.sivisoft.com, 5 Big chairs, Wetstone Labs Inc (Uncollectable), SquareML Inc (Uncollectable), 12 Small chairs, 10 Tables, 3 Side tables, 2 Televion, 1 Microwave, 2 Printers, 3 Laptop

$1,143,610.42    $79,328.42

**Creditor's mailing address**

409 3rd Street, SW
Washington, DC 20416

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** 9104

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☒ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Doli Systems, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| McCarter & English, LLP<br>Attn: Clement J. Farley, Esq.<br>Four Gateway Center 100 Mulberry Street<br>Newark, NJ, 07102 | Line 2. _2_ | _____ |
| U.S. Small Business Administration<br>c/o U.S. Attorney's Office<br>Attn: Eamonn O Hagan, Esq. 970 Broad Street<br>Newark, NJ, 07102 | Line 2. _4_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor _____Doli Systems, Inc._____

United States Bankruptcy Court for the: ___District of New Jersey___

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue
PO Box 7346
Philadelphia, PA 19114

As of the petition filing date, the claim is: $ 72,252.98      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2024 Payroll taxes

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account
number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8  )

**2.2** Priority creditor's name and mailing address
Paychecks of NY LLC
6870 Shadow Ridge Drive, Suite 101
Orlando, FL 32812

As of the petition filing date, the claim is: $ 16,319.67      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Contributions to employee benefits

**Last 4 digits of account
number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 5  )

**2.3** Priority creditor's name and mailing address
State of California Department of Revenue
Attn: Bankruptcy Department
3321 Power Inn Road, Suite 220
Sacramento, CA 95826

As of the petition filing date, the claim is: $ 596.20      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
2024 Payroll taxes

**Last 4 digits of account
number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8  )

Debtor    Dell Systems, Inc.
_____    Case number _(if known)_ _____
    Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

**2.4** **Priority creditor's name and mailing address**                                            $ 2,500.00          $
State of New Jersey, Division of Taxation
Compliance and Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Floor, Po box 245
Trenton, NJ 08695

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2024 Payroll taxes

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.5** **Priority creditor's name and mailing address**                                            $ 786.75          $
State of North Carolina North Carolina
Department of Revenue
Attn: Bankruptcy Department
P.O. Box 1168
Raleigh, NC 27602

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2024 Payroll taxes

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.6** **Priority creditor's name and mailing address**                                            $ 1,240.00          $
State of West Virginia Department of Revenue
Attn: Bankruptcy Unit
1001 Lee Street East
Charleston, WV 25301

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2024 Payroll taxes

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.** **Priority creditor's name and mailing address**                                            $ _____          $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
American Express
PO Box 981535
El Paso, TX 79998

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Credit Card Debt

$ 46,389.77

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Amit Kumar Thakurbhai Patel
1 Lowry Ct, Apt. A
Clifton, NJ 07012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Employee

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Balaji Modhagala
16 Geraldine Road
North Arlington, NJ 07031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Monies Loaned / Advanced

$ 1,335,600.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Chase Card Services
P.O. Box 15369
Wilmington, DE 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Credit Card Debt

$ 52,224.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Dice Invoice
5745 Raccoon River Drive, Suite 200
West Des Moines, IA 50266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Credit Card Debt

$ 1,353.77

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Funding Circle
747 Front Street, Floor 4
San Francisco, CA 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Monies Loaned / Advanced

$ 73,837.68

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____
      Bolt Systems, Inc.
      Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**‾7  **Nonpriority creditor's name and mailing address**

IOU Financial
600 Townpark Lane, Suite 100
Kennesaw, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53,202.10

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.**‾8  **Nonpriority creditor's name and mailing address**

JPMorgan Chase Bank, N.A.
P.O. Box 1423
Charlotte, NC 28201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,925.99

**Basis for the claim:** Overdraft Account

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.**‾9  **Nonpriority creditor's name and mailing address**

Kapitus, LLC
2500 Wilson Boulevard Suite 350,
Arlington, VA 22201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 62,778.13

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.**‾10  **Nonpriority creditor's name and mailing address**

Keyur
1214 Plymouth Rd,
North Brunswick, NJ 08902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,708.00

**Basis for the claim:** Employee

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.**‾11  **Nonpriority creditor's name and mailing address**

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 136,625.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Bolt Systems, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Life Time Funding
20200 W Dixie HWY #1205
Miami, FL 33180

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.13** Nonpriority creditor's name and mailing address

M&T Bank
PO Box 840
Wilmington, DE 19899

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,492.23

---

**3.14** Nonpriority creditor's name and mailing address

Overton Funding, LLC
2802 N 29th Avenue
Hollywood, FL 33020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 59,600.00

---

**3.15** Nonpriority creditor's name and mailing address

Payal
910 S Dale Ave,  APT#20
Anaheim, CA 92804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,435.00

---

**3.16** Nonpriority creditor's name and mailing address

Sapna
56Q Reading Road
Edison, NJ 08817

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,660.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 5 of 8

Debtor  Dolr Systems, Inc.
        Name

Case number (if known)_____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 17   **Nonpriority creditor's name and mailing address**

State Financial
1800 Route 34, Suite 102
Belmar, NJ 07719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential claim

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** 18   **Nonpriority creditor's name and mailing address**

Suketu Kumar Patel
6761 A, Village Drive South
North Brunswick, NJ 08902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor   Bell Systems, Inc.
         Name

Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | IRS c/o  Attorney General US Department of Justice<br>Ben Franklin Station Attn: Bankruptcy Department<br>P.O. Box 683<br>Washington, DC 20044 | Line 2.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | IRS c/o United States Attorney's Office<br>Attn: Eamonn O Hagan, Esq.<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.3. | Lieberman and Klestzick, LLP<br>1855 Griffin Road DCOTA  #A-350<br>Dania, FL, 33004 | Line 3.14<br>☐ Not listed. Explain | _____ |
| 4.4. | Overton Funding, LLC<br>633 167th Street, Suite 804N<br>Miami, FL, 33162 | Line 3.14<br>☐ Not listed. Explain | _____ |
| 4.1. | State of California Department of Revenue<br>c/o Office of the Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244 | Line 2.3<br>☐ Not listed. Explain | _____ |
| 4.5. | State of New Jersey, Division of Taxation<br>c/o New Jersey Attorney General Office Attn: Bankruptcy Unit<br>25 Market Street, PO Box 112<br>Trenton, NJ 08625 | Line 2.4<br>☐ Not listed. Explain | _____ |
| 4.6. | State of North Carolina North Carolina Department of Revenue<br>c/o  Attorney General's Office Attention: Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27611 | Line 2.5<br>☐ Not listed. Explain | _____ |
| 4.7. | State of West Virginia Department of Revenue<br>c/o Attorney General's Office<br>State Capitol Complex, Bldg. 1, Rm E-26 1900 Kanawha Blvd. E<br>Charleston, WV 25305 | Line 2.6<br>☐ Not listed. Explain | _____ |
| 4.8. | Triton Recovery LLC<br>19790 W Dixie Hwy, Suite 301<br>Miami, FL, 33180 | Line 3.7<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Bell Systems, Inc.
Name

Case number (if known)

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 93,695.60 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,855,831.67 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,949,527.27 |

**Fill in this information to identify the case:**

Debtor name _Doli Systems, Inc._

United States Bankruptcy Court for the: _District of New Jersey_

Case number (If known): _____    Chapter _7_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2024 Audi Q5<br><br>Paul Miller Inc<br>179 Route 46<br>Parsippany, NJ, 07054 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Doli Systems, Inc.___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Balaji Modhagala | 16 Geraldine Road North Arlington, NJ 07031 | U.S. Small Business Adm | ☑ D ☐ E/F ☐ G |
| 2.2 Belaji Modhagala | 16 Geraldine Road North North Arlington, NJ 07031 | Kapitus, LLC | ☐ D ☑ E/F ☐ G |
| 2.3 Belaji Modhagala | 16 Geraldine Road North Arlington, NJ 07031 | Five Star Bank | ☑ D ☐ E/F ☐ G |
| 2.4 Balaji Modhagala | 16 Geraldine Road North North Arlington, NJ 07031 | Funding Circle | ☐ D ☑ E/F ☐ G |
| 2.5 Balaji Modhagala | 16 Geraldine Road North North Arlington, NJ 07031 | Overton Funding, LLC | ☐ D ☑ E/F ☐ G |
| 2.6 Balaju Modhagala | 16 Geraldine Road North Jersey City, NJ 07301 | M&T Bank | ☑ D ☐ E/F ☐ G |

Debtor    Doli Systems, Inc.
_____
Name

Case number (if known)_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2._7_ Balaji Modhagala | 16 Geraldine Road<br>North Arlington, NJ 07031 | Paul Miller Inc | ☐ D<br>☐ E/F<br>☒ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

<div style="border:1px solid black;">

**Fill in this information to identify the case:**

Debtor name ___Doli Systems, Inc._____

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): _____

</div>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 782,890.75 |
| **For prior year:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,369,491.00 |
| **For the year before that:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,758,025.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | Doli Systems, Inc. | Case number *(if known)* |
|--------|-------------------|--------------------------|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | IOU Financial<br>Creditor's name<br>600 Townpark Lane, Suite 100<br>Kennesaw, GA 30144 | | $ 9,220.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Monies Loaned / Advanced |
| 3.2. | Life Time Funding<br>Creditor's name<br>20200 W Dixie HWY #1205<br>Miami, FL 33180 | | $ 22,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Belaji Modhagala<br>Insider's name<br>16 Geraldine Road North<br>North Arlington, NJ 07031 | 01/01/2024 | $ 399,563.33 | IRS Payroll taxes |
| | **Relationship to debtor**<br>Member | | | |
| 4.2. | Belaji Modhagala<br>Insider's name<br>16 Geraldine Road North<br>North Arlington, NJ 07031 | 01/01/2024 | $ 42,166.31 | Salary |
| | **Relationship to debtor**<br>Member | | | |

Debtor   Doli Systems, Inc.
_____    Case number *(if known)*_____
          Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Overton Funding, LLC v. Doli Systems, Inc. | | Superior Court of Florida, Broward County | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> CACE-24-013914 <br> _____ | | 201 SE 6th Street <br> Fort Lauderdale, FL 33301 | |
| 7.2. | **Case title** <br> _____ | | **Court or agency's name and address** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> _____ | | | |

---

| Debtor | Doli Systems, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | _____ | _____ | $_____ |

| Debtor | Doli Systems, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Scura, Wigfield, Heyer, Stevens & Cammarota | Legal fees plus filing fee. | 10/2024 | $ 5,000.00 |
| | **Address** | | | |
| | 1599 Hamburg turnpike Wayne, NJ 07470 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

---

Debtor    Doli Systems, Inc._____    Case number *(if known)*_____
          Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.   _____    _____    $_____

**Address**



**Relationship to debtor**

_____

| Who received transfer? | | _____ | $_____ |

13.2.   _____

**Address**



**Relationship to debtor**

_____

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.                                    From  _____   To  _____

14.2.                                    From  _____   To  _____

| Debtor | Doli Systems, Inc. | Case number *(if known)* |
|--------|---------------------|--------------------------|
|        | Name |  |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor _____Doli Systems, Inc._____    Case number *(if known)*_____
           Name

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | Doli Systems, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

| Debtor | Doli Systems, Inc. | Case number (if known) _____ |
|--------|--------------------|-----------------------------------------------------|
|        | Name               |                                                     |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|
| _____ Name | _____ Name |  | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|--------------|------------------------------------------------------------------------|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|------|---------------------------|-------------------------------------|----------------------------------------------------------------------------------|
| 25.1. | SquareML Inc<br>Name | Software Company. Developed Healthcare Software. | EIN: 87-4071498<br>**Dates business existed**<br>From 06/28/2021   To _____ |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br>From _____   To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br>From _____   To _____ |

---

| Debtor | Doli Systems, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | D Sharma CPA LLC | From 01/01/2021 |
| | Name | To 10/01/2024 |
| | 51 John F Kennedy Parkway 1st Floor, West Short Hills, NJ 07078 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | | From _____ |
| | Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | | From _____ |
| | Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Belaji Modhagala | |
| | Name | |
| | 16 Geraldine Road, North Arlington, NJ 07031 | |

---

Debtor    Doli Systems, Inc.
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
Name

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

| Debtor | Doli Systems, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Belaji Modhagala | 16 Geraldine Road, North Arlington, NJ 07031 | Member | 100 |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Doli Systems, Inc.
_____
Name

Case number (if known)_____

| Name and address of recipient | | |
|---|---|---|
| **30.2** | | |
| | Name | |
| | | |
| | | |
| | | |
| **Relationship to debtor** | | |
| | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/18/2024
                        MM  / DD  / YYYY

✖ /s/ Balaji Modhagala
_____
Signature of individual signing on behalf of the debtor

Printed name    Balaji Modhagala
_____

Position or relationship to debtor    Member
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

Debtor Name _____Doli Systems, Inc._____

Case number *(if known)*_____

## <u>Continuation Sheet for Official Form 207</u>

**17) Pension Contributions**

**Paycheck of NY, LLC –     16007531
401K**

**Fill in this information to identify the case and this filing:**

Debtor Name _____Doli Systems, Inc._____

United States Bankruptcy Court for the: _____District of New Jersey_____

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __10/18/2024__          ✖ /s/ Balaji Modhagala
     MM / DD / YYYY             Signature of individual signing on behalf of debtor

                         Balaji Modhagala
                         Printed name

                         Member
                         Position or relationship to debtor

United States Bankruptcy Court

District of New Jersey

In re: Doli Systems, Inc.                                    Case No.

                                                            Chapter    7

              Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____10/18/2024_____          /s/ Balaji Modhagala
                                          _____
                                          Signature of Individual signing on behalf of debtor

                                          Member
                                          _____
                                          Position or relationship to debtor

American Express
PO Box 981535
El Paso, TX 79998

Amit Kumar Thakurbhai Patel
1 Lowry Ct, Apt. A
Clifton, NJ 07012

Balaji Modhagala
16 Geraldine Road
North Arlington, NJ 07031

Balaji Modhagala
16 Geraldine Road North
North Arlington, NJ 07031

Balaju Modhagala
16 Geraldine Road North
Jersey City, NJ 07301

Belaji Modhagala
16 Geraldine Road North
North Arlington, NJ 07031

Belaji Modhagala
16 Geraldine Road
North Arlington, NJ 07031

Chase Card Services
P.O. Box 15369
Wilmington, DE 19850

Dice Invoice
5745 Raccoon River Drive, Suite 200
West Des Moines, IA 50266

Five Star Bank
Small Business Administration Department
3100 Zinfandel Drive #100
Rancho Cordova, CA 95670

Funding Circle
747 Front Street, Floor 4
San Francisco, CA 94111

Internal Revenue
PO Box 7346
Philadelphia, PA 19114

IOU Financial
600 Townpark Lane, Suite 100
Kennesaw, GA 30144

IRS c/o  Attorney General US Department of Ju
Ben Franklin Station Attn: Bankruptcy De
P.O. Box 683
Washington, DC 20044

IRS c/o United States Attorney's Office
Attn: Eamonn O Hagan, Esq.
970 Broad Street, Suite 700
Newark, NJ 07102

JPMorgan Chase Bank, N.A.
P.O. Box 1423
Charlotte, NC 28201

Kapitus, LLC
2500 Wilson Boulevard Suite 350,
Arlington, VA 22201

Keyur
1214 Plymouth Rd,
North Brunswick, NJ 08902

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

Lieberman and Klestzick, LLP
1855 Griffin Road DCOTA  #A-350
Dania, FL 33004

Life Time Funding
20200 W Dixie HWY #1205
Miami, FL 33180

M&T Bank
PO Box 840
Wilmington, DE 19899

M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068

McCarter & English, LLP
Attn: Clement J. Farley, Esq.
Four Gateway Center 100 Mulberry Street
Newark, NJ 07102

Overton Funding, LLC
2802 N 29th Avenue
Hollywood, FL 33020

Overton Funding, LLC
633 167th Street, Suite 804N
Miami, FL 33162

Paul Miller Inc
179 Route 46
Parsippany, NJ 07054

Paul Miller, Inc.
179 Route 46
Parsippany, NJ 07054

Payal
910 S Dale Ave,  APT#20
Anaheim, CA 92804

Paychecks of NY LLC
6870 Shadow Ridge Drive, Suite 101
Orlando, FL 32812

Sapna
56Q Reading Road
Edison, NJ 08817

State Financial
1800 Route 34, Suite 102
Belmar, NJ 07719

State of California Department of Revenue
Attn: Bankruptcy Department
3321 Power Inn Road, Suite 220
Sacramento, CA 95826

State of California Department of Revenue
c/o Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244

State of New Jersey, Division of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch Way, 5th Floor, Po box 245
Trenton, NJ 08695

State of New Jersey, Division of Taxation
c/o New Jersey Attorney General Office A
25 Market Street, PO Box 112
Trenton, NJ 08625

State of North Carolina North Carolina Depart
Attn: Bankruptcy Department
P.O. Box 1168
Raleigh, NC 27602

State of North Carolina North Carolina Depart
c/o  Attorney General's Office Attention
PO Box 1168
Raleigh, NC 27611

State of West Virginia Department of Revenue
Attn: Bankruptcy Unit
1001 Lee Street East
Charleston, WV 25301

State of West Virginia Department of Revenue
c/o Attorney General's Office
State Capitol Complex, Bldg. 1, Rm E-26
Charleston, WV 25305

Suketu Kumar Patel
6761 A, Village Drive South
North Brunswick, NJ 08902

Triton Recovery LLC
19790 W Dixie Hwy, Suite 301
Miami, FL 33180

U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416

U.S. Small Business Administration
c/o U.S. Attorney's Office
Attn: Eamonn O Hagan, Esq. 970 Broad Str
Newark, NJ 07102

# United States Bankruptcy Court

<u>District of New Jersey</u>

**In re** Doli Systems, Inc.

Case No. _____

**Debtor**

Chapter <u>7</u>_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>5,000.00</u>

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ <u>5,000.00</u>

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

[ ] <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

[✔] Debtor             [ ] Other (specify)

3.  The source of compensation to be paid to me is:

[✔] Debtor             [ ] Other (specify)

4.  [✔]  I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Beyond meeting of creditors.  Any legal proceeding, including but not limited to, adversary proceeding initiated by the Trustee or any Creditors, actions with respect to claimed exemptions and depositions.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/18/2024

*Date*

/s/ David Stevens, 034422007

*Signature of Attorney*

Scura Wigfield, Heyer, Stevens & Cammarota LLP

*Name of law firm*

1599 Hamburg Turnpike
Wayne, NJ 07470

# United States Bankruptcy Court
### District of New Jersey

In re   **Doli Systems, Inc.**         Case No. _____

                 Debtor(s)       Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Doli Systems, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 18, 2024**
_____
Date

**/s/ David L. Stevens**
_____
**David L. Stevens, Esq.**
Signature of Attorney or Litigant
Counsel for   **Doli Systems, Inc.**
_____
**Scura, Wigfield, Heyer, Stevens & Cammarota, LLP**
**1599 Hamburg Turnpike**
**Wayne, NJ 07470**
**973-696-8391**
**ecfbkfilings@scuramealey.com**